CHRISTINA A. DiEDOARDO
Nevada Bar No. 9543
California Bar No. 258714
LAW OFFICES OF CHRISTINA DiEDOARDO
201 Spear Street Suite 1100
San Francisco, CA 94105
(415) 839-5098
Christina@diedoardolaw.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCH HIGHTOWER, OXANE "GYPSY" TAUB, GEORGE DAVIS, RUSSELL MILLS, and on behalf of all persons similarly situated, Plaintiff, vs. CITY AND COUNTY OF SAN FRANCISCO, DAVID CHIU in his official capacity only as President of the Board of Supervisors of the City and County of San Francisco, SCOTT WEINER in his official capacity only as a member of the Board of Supervisors of the City and County of San Francisco, and ANGELA CALVILLO, in her official capacity only as Clerk of the Board of Supervisors, Defendants. Defendant | Case No.: C 12-5841-EMC<br><br>Stipulation and Order Setting Briefing Schedule On Application for Preliminary Injunction |

**Stipulation and Order Setting Briefing Schedule On Application for Preliminary Injunction**

COMES NOW Plaintiffs, by and through their attorney of record Ms. Christina A. DiEdoardo, Esq., and Defendants, by and through their attorney of record Deputy City Attorney Tara M. Steely, and hereby stipulate and agree as follows:

1. Based on the assurance by counsel for Defendants that the proposed Ordinance which is the subject of this litigation could not become operative until January 3, 2013, at

-1-

the earliest, and on the further assurance that Supervisor Wiener plans to amend the proposed Ordinance to provide that its operative date will be February 1, 2013, Plaintiffs voluntarily withdraw their request for a TRO.  The parties agree that the "Ex Parte Application for Temporary Restraining Order and Order to Show Cause Why Preliminary Injunction Should Not Issue" will be construed as an Application for a Preliminary Injunction.

2. The Parties also agree that Defendants' response to the complaint shall be due on December 13, 2012 and their opposition brief to the Application for a Preliminary Injunction shall be due on December 20, 2012 .  Plaintiffs' reply brief shall be due on January 3, 2012.   The Court shall conduct a hearing on said Application on January 17, 2013 at 1:30 p.m.

3. All other orders not in conflict with this stipulation shall remain in full force and effect.

/s/*Christina A. DiEdoardo*              /S/Tara M. Steeley
Christina A. DiEdoardo                          Tara M. Steeley
California Bar No. 258714                     California Bar No. 231775
Attorney for Plaintiffs                              Attorney for Defendants

Date: Nov. 15. 2012                              Date: November 19, 2012

**ORDER**

Based on the stipulation of the parties and good cause appearing, the Court will conduct a hearing on Plaintiff's Application for a Preliminary Injunction on January 17, 2013 at 1:30 p.m. Defendants shall have until December 20, 2012 to submit their opposition, and Plaintiffs shall have until January 3, 2013 to submit their reply. Defendants' response to the complaint shall be due on December 13, 2012. All prior orders not in conflict with this Order shall remain in full force and effect.

IT IS SO ORDERED.



_____
The Hon. Edward M. Chen
United States District Judge