CHRISTINA A. DiEDOARDO
Nevada Bar No. 9543
California Bar No. 258714
LAW OFFICES OF CHRISTINA DiEDOARDO
201 Spear Street Suite 1100
San Francisco, CA 94105
(415) 839-5098
Christina@diedoardolaw.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCH HIGHTOWER, OXANE "GYPSY" TAUB, GEORGE DAVIS, RUSSELL MILLS, and on behalf of all persons similarly situated,<br>      Plaintiff,<br>vs.<br>CITY AND COUNTY OF SAN FRANCISCO, DAVID CHIU in his official capacity only as President of the Board of Supervisors of the City and County of San Francisco, SCOTT WEINER in his official capacity only as a member of the Board of Supervisors of the City and County of San Francisco,  and ANGELA CALVILLO, in her official capacity only as Clerk of the Board of Supervisors,<br>Defendants.<br>            Defendant | Case No.: C 12-5841-EMC<br><br>Stipulation and Order Continuing Hearing on Motion for Class Certification (Dkt. 10) |

**Stipulation and Order Continuing Hearing on Motion for Class Certification (Dkt. 10)**

     COMES NOW Plaintiffs, by and through their attorney of record Ms. Christina A. DiEdoardo, Esq.,  and Defendants, by and through their attorney of record Deputy City Attorney Tara M. Steely, and hereby stipulate and agree as follows:

     1. The Plaintiffs will ask the Court, if it ultimately orders the issuance of a preliminary

        injunction barring the enforcement of part of or the entire ordinance, to order that said

injunction shall restrain the Defendants from enforcing the ordinance against all persons, not just the four named Plaintiffs.

2. Defendants agree to obey any orders entered by the Court, without prejudice to the City's right to appeal or otherwise challenge any orders that are adverse to Defendants.

3. In light of Paragraphs 1 and 2 above, Plaintiffs agree to have the January 4, 2013 hearing on their Motion for Class Certification continued until at least thirty-five (35) days after the Court rules on their Motion for a Preliminary Injunction. The parties shall meet and confer after the Court has issued its ruling on the requested injunction and reach a mutually agreeable date for the Motion for Class Certification to be heard, which shall also determine the date for the Defendants to file an opposition to said motion, if they desire. If the parties are unable to agree on a new date for the Motion to be heard, Plaintiff shall re-notice the motion in the ordinary course.

| | |
|---|---|
| /s/*Christina A. DiEdoardo* | /S/Tara M. Steeley |
| Christina A. DiEdoardo | Tara M. Steeley |
| California Bar No. 258714 | California Bar No. 231775 |
| Attorney for Plaintiffs | Attorney for Defendants |
| | |
| Date: Nov. 20. 2012 | Date: November 26, 2012 |

**ORDER**

Based on the stipulation of the parties and good cause appearing, the Court rules as follows:

1. The January 4, 2013 noticed hearing on Plaintiffs' Motion for Class Certification is hereby continued until at least thirty-five days after the Court rules on Plaintiff's Motion for a Preliminary Injunction. After the Court has issued its ruling on the Motion for a Preliminary Injunction on or after January 17, 2013, the Parties shall meet and confer to come up with a date for the Motion for Class Certification to be heard, which shall also govern the due date for the Defendants to file an Opposition to the Motion, if they desire. If the Parties are unable to agree, Plaintiff shall re-notice the Motion for Class Certification in the ordinary course.

IT IS SO ORDERED.



The Hon. Edward M. Chen