1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   WAYNE SNODGRASS, State Bar #148137
    Deputy City Attorney
3   TARA M. STEELEY, State Bar #231775
    Deputy City Attorney
4   City Hall, Room 234
    1 Dr. Carlton B. Goodlett Place
5   San Francisco, California 94102-4682
    Telephone:    (415) 554-4655
6   Facsimile:    (415) 554-4699
    E-Mail:    tara.steeley@sfgov.org
7

8   Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO,
9   DAVID CHIU, SCOTT WIENER and ANGELA CALVILLO
    [in their official capacities]

10

11

12                  UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14   MITCH HIGHTOWER, OXANE "GYPSY"     Case No. C 12-5841-EMC
    TAUB, GEORGE DAVIS, RUSSELL MILLS,
15   and on behalf of all persons similarly situated,   **STIPULATION AND PROPOSED ORDER TO**
                                   **CONTINUE INITIAL CASE MANAGEMENT**
16       Plaintiffs,                     **CONFERENCE**

17       vs.

18   CITY AND COUNTY OF SAN
    FRANCISCO, DAVID CHIU in his official
19   capacity only as President of the Board of
    Supervisors of the City and County of San
20   Francisco, SCOTT WIENER in his official
    capacity only as a member of the Board of
21   Supervisors of the City and County of San
    Francisco, and ANGELA CALVILLO, in her
22   official capacity only as Clerk of the Board of
    Supervisors,
23
        Defendants.
24

25

26

27

28

STIP & PROP. ORDER TO CONT. INITIAL CMC
CASE NO. C 12-5841-EMC

**STIPULATION**

Whereas the Court's Order dated January 24, 2013 set the initial Case Management Conference ("CMC") in this action for March 28, 2013;

Whereas the Court's Order dated January 29, 2013 granted the City and County of San Francisco's Motion to Dismiss and gave Plaintiffs forty-five (45) days to file an amended complaint;

Whereas Plaintiffs' amended complaint is due on March 15, 2013;

Whereas the setting of the initial CMC for March 28, 2013 requires the parties to file ADR forms and satisfy the requirements of Rule 26(f) of the Federal Rules of Civil Procedure by March 7, 2013;

Whereas the parties are having difficulty satisfying the ADR and Rule 26(f) requirements in good faith because no complaint is currently on file in this action;

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs and Defendants, subject to approval of the Court, that:

The Initial Case Management Conference is hereby continued until June 6, 2013, at 9:00 a.m.

**SO STIPULATED:**

Dated:  March 7, 2013

DENNIS J. HERRERA
City Attorney
WAYNE SNODGRASS
TARA M. STEELEY
Deputy City Attorneys

By: *s/Tara M. Steeley*
TARA M. STEELEY

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, DAVID CHIU, SCOTT WIENER and ANGELA CALVILLO
[in their official capacities]

1   Dated:  March 7, 2013

2                                       CHRISTINA A. DIEDOARDO
                                        Law Offices of Christina DiEdoardo
3

4                                   By: *Christina A. DiEdoardo*
                                        CHRISTINA A. DIEDOARDO
5

6                                       Attorney for Plaintiffs
                                        MITCH HIGHTOWER, OXANE "GYPSY" TAUB,
7                                       GEORGE DAVIS, RUSSELL MILLS, ET AL.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation, the Initial Case Management Conference is hereby continued until June 6, 2013, at 9:00 a.m.

Date: _____3/12/13_____

IT IS SO ORDERED.



_____
Hon. Edward M. C