DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
TARA M. STEELEY, State Bar #231775
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone: (415) 554-4655
Facsimile: (415) 554-4699
E-Mail: tara.steeley@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND SAN FRANCISCO POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCH HIGHTOWER, OXANE "GYPSY" TAUB, GEORGE DAVIS, RUSSELL MILLS, RUSSELL "TREY" ALLEN and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT,<br><br>Defendants. | Case No. C 12-5841-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONCERNING BRIEFING SCHEDULE FOR MOTION FOR A PROTECTIVE ORDER PREVENTING PLAINTIFFS FROM TAKING THE DEPOSITION OF SUPERVISOR WIENER AND TO QUASH SUBPOENA**<br><br>Hearing Date:  July 18, 2013<br>Time:  1:30 pm<br>Place:  Courtroom 5, 17th Floor |

**STIPULATION CONCERNING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR A PROTECTIVE ORDER AND TO QUASH SUBPOENA**

Whereas, on June 13, 2013, Defendants the City and County of San Francisco and the San Francisco Police Department (collectively, "the City") moved for a protective order preventing Plaintiffs from taking the deposition of Supervisor Scott Wiener, and for an order quashing the subpoena served on Supervisor Wiener;

Whereas the parties wish the motion to be heard on July 18, 2013;

Whereas the parties have agreed to a briefing schedule that will give each party adequate time to brief the issues presented in the motion;

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs and Defendants, subject to approval of the Court, that:

1. Plaintiffs will file any opposition to the motion by June 25, 2013.
2. Defendants will file any reply by July 2.

**SO STIPULATED:**

Dated:  June 13, 2013

DENNIS J. HERRERA
City Attorney
WAYNE SNODGRASS
TARA M. STEELEY
Deputy City Attorneys

By: *s/Tara M. Steeley*
TARA M. STEELEY

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, DAVID CHIU, SCOTT WIENER and ANGELA CALVILLO
[in their official capacities]

Dated:  June 13, 2013

CHRISTINA A. DIEDOARDO
Law Offices of Christina DiEdoardo

By: s/*\*Christina A. DiEdoardo*
CHRISTINA A. DIEDOARDO

Attorney for Plaintiffs
MITCH HIGHTOWER, OXANE "GYPSY" TAUB, GEORGE DAVIS, RUSSELL MILLS, ET AL.

\*\*pursuant to GO 45, the electronic signatory has obtained approval from this signatory.

## [PROPOSED] ORDER

Pursuant to the Stipulation, Plaintiffs will file any opposition to the Motion For A Protective Order Preventing Plaintiffs From Taking The Deposition Of Supervisor Wiener And To Quash Subpoena ("Motion") by June 25, 2013. Defendants will file any reply in support of the Motion by July 2.

**IT IS SO ORDERED**:

Dated: 6/17/13



The Honorable
UNITED STATES DISTRICT COURT

STIPULATION/PROPOSED ORDER    2    n:\govern\li2012\130496\00853933.doc
CASE NO. C 12-5841-EMC