D. GILL SPERLEIN, SBN 172887
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, CA 94114
Telephone: (415) 404-6615
Facsimile:  (415) 404-6616
gill@sperleinlaw.com

Attorneys for Plaintiffs
OXANE "GYPSY" TAUB and GEORGE DAVIS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| OXANE "GYPSY" TAUB and GEORGE DAVIS,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>CITY AND COUNTY of SAN FRANCISCO, and SAN FRANCISCO POLICE DEPARTMENT,<br>　　　　　Defendants. | Case № 3:12-cv-05841-EMC (NJV)<br><br>**STIPULATED REQUEST TO STAY PROCEEDINGS AND TO DISMISS PLAINTIFF RUSSELL MILLS FROM THIS ACTION** |

**WHEREAS** the Parties attended a settlement conference on March 12, 2014, during which they discussed a proposal that may allow the Parties to settle this action;

**WHEREAS** the Parties need additional time to consider that settlement proposal;

**WHEREAS,** Magistrate Judge Vadas has agreed to continue to preside over any future settlement negotiations between the Parties;

**WHEREAS** Plaintiffs' motion for leave to file an amended complaint is currently due on March 31, 2014, with a hearing scheduled for May 8, 2014;

**WHEREAS**, a Case Management Conference is currently scheduled for May 8, 2014;

**WHEREAS,** Defendants agrees that Russell Mills has complied with his discovery obligations, and therefore may be dismissed from this action according to the Court's Order dated July 18, 2013;

The Parties do thereby **STIPULATE and AGREE** to stay all aspects of the proceedings for 60 days, and to dismiss Russell Mills from this action. The Parties hereby request that the Court enter the following Order.

**IT IS SO STIPULATED AND AGREED.**

Dated: *March 13, 2014*　　　　　/s/ D. Gill Sperlein
　　　　　　　　　　　　　　　　D. GILL SPERLEIN
　　　　　　　　　　　　　　　　THE LAW OFFICE OF D. GILL SPERLEIN
　　　　　　　　　　　　　　　　Attorney for Plaintiffs Oxane Taub and George Davis

Dated: *March 13, 2014*　　　　　DENNIS J. HERRERA
　　　　　　　　　　　　　　　　City Attorney

　　　　　　　　　　　　　　　　By: /s/ Tara M. Steeley
　　　　　　　　　　　　　　　　　　　TARA M. STEELEY

　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　CITY AND COUNTY OF SAN FRANCISCO,
　　　　　　　　　　　　　　　　SAN FRANCISCO POLICE DEPARTMENT

# [PROPOSED] ORDER

The proceedings are hereby stayed for 60 days, during which time Magistrate Judge Vadas shall preside over any continued settlement negotiations.

Discovery is stayed for 60 days.  Plaintiffs' deadline for filing a motion for leave to file a second amended complaint shall be extended to June 18, 2014, with that motion set for hearing on July 24, 2014 at 1:30 pm.  The Case Management Conference is hereby continued to July 24, 2014 at 1:30 pm.

Russell Mills is hereby dismissed as a Plaintiff in this action.

**IT IS SO ORDERED**

Dated:  ___3/18/14_____          _____
                                                    EDWARD M. CHEN

