1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  WAYNE SNODGRASS, State Bar #148137
   Deputy City Attorney
3  TARA M. STEELEY, State Bar #231775
   Deputy City Attorney
4  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
5  San Francisco, California 94102-4602
   Telephone:    (415) 554-4655
6  Facsimile:    (415) 554-4699
   E-Mail:       tara.steeley@sfgov.org

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO
9  AND SAN FRANCISCO POLICE DEPARTMENT

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCH HIGHTOWER, OXANE "GYPSY" TAUB, GEORGE DAVIS, RUSSELL MILLS, RUSSELL "TREY" ALLEN and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT,<br><br>Defendants. | Case No. C 12-5841-EMC (NJV)<br><br>**STIPULATION AND [PROPOSED] ORDER CONCERNING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

**STIPULATION CONCERNING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR A PROTECTIVE ORDER AND TO QUASH SUBPOENA**

Whereas, on July 17, 2014, Defendants the City and County of San Francisco and the San Francisco Police Department (collectively, "the City") moved for a dismissal of plaintiffs' Second Amended Complaint;

Whereas the parties wish the motion to be heard on September 11, 2014;

Whereas the parties have agreed to a briefing schedule that will give each party adequate time to brief the issues presented in the motion;

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs and Defendants, subject to approval of the Court, that:

1. Plaintiffs will file any opposition to the motion by August 6, 2014;

2. Defendants will file any reply by August 19, 2014.

**SO STIPULATED:**

Dated: July 17, 2014
DENNIS J. HERRERA
City Attorney
WAYNE SNODGRASS
TARA M. STEELEY
Deputy City Attorneys

By: /s/Tara M. Steeley
TARA M. STEELEY

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, DAVID CHIU, SCOTT WIENER and ANGELA CALVILLO
[in their official capacities]

Dated: July 17, 2014
D. GILL SPERLEIN, ESQ.
The Law Office Of D. Gill Sperlein

By: /s/** D. Gill Sperlein, Esq.
D. GILL SPERLEIN, ESQ.

Attorney for Plaintiffs
OXANE "GYPSY" TAUB and GEORGE DAVIS

**pursuant to GO 45, the electronic signatory has obtained approval from this signatory.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Pursuant to the Stipulation, Plaintiffs will file any opposition to the Motion to Dismiss Second Amended Complaint ("Motion") by August 6, 2014.  Defendants will file any reply in support of the Motion by August 19, 2014.

**IT IS SO ORDERED**:

Dated: 7/21/14                           _____
                                         Chen
                                         CT. COURT



IT IS SO ORDERED
Judge Edward M. Chen