DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
TARA M. STEELEY, State Bar #231775
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone:     (415) 554-4655
Facsimile:     (415) 554-4699
E-Mail:        tara.steeley@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND SAN FRANCISCO POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCH HIGHTOWER, OXANE "GYPSY" TAUB, GEORGE DAVIS, RUSSELL MILLS, RUSSELL "TREY" ALLEN and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT,<br><br>Defendants. | Case No. C 12-5841-EMC (NJV)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |

# STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO SECOND AMENDED COMPLAINT

Plaintiffs Oxane "Gypsy" Taub and George Davis, and Defendants the City and County of San Francisco and the San Francisco Police Department, through their respective counsel of record, hereby stipulate as follows:

1. On December 24, 2014, the Court filed its order granting in part, and denying, in part, Defendants' Motion to Dismiss the Second Amended Complaint [Dkt No. 104].

2. Defendants' last day to respond to Plaintiffs' Second Amended Complaint ("Complaint"), following the Court's December 24, 2014 order, is currently January 7, 2015.

3. On or about January 6, 2015, Defendants' lead counsel, Tara Steeley, suffered an unexpected death in her family, requiring her to be out of the office and out of state to attend to family.

4. In light of the foregoing, Defendants have requested, and Plaintiffs have agreed, that subject to the approval of the Court, Defendants may have a 14-day extension of time to respond to the Complaint, making Defendants' response to the Complaint due on or before January 21, 2015.

5. The requested extension of time to respond to the Complaint does not affect any hearing or proceeding on the Court's calendar.

SO STIPULATED:

Dated:  January 7, 2015                DENNIS J. HERRERA
                                       City Attorney
                                       WAYNE SNODGRASS
                                       TARA M. STEELEY
                                       Deputy City Attorneys

                                       By: */s/Wayne Snodgrass*
                                           WAYNE SNODGRASS

                                       Attorneys for Defendants
                                       CITY AND COUNTY OF SAN FRANCISCO and SAN FRANCISCO POLICE DEPARTMENT

1  Dated: January 7, 2015          D. GILL SPERLEIN, ESQ.
                                    The Law Office Of D. Gill Sperlein

3                                   By: /s/** *D. Gill Sperlein, Esq.*
                                    D. GILL SPERLEIN, ESQ.

                                    Attorney for Plaintiffs
                                    OXANE "GYPSY" TAUB and GEORGE DAVIS

6  **pursuant to GO 45, the electronic signatory
has obtained approval from this signatory.

### [PROPOSED] ORDER

Pursuant to the foregoing stipulation, Defendants City and County of San Francisco and the San Francisco Police Department shall file their response to Plaintiffs' Second Amended Complaint on or before January 21, 2015.

**IT IS SO ORDERED**:

Dated: 1/9/15

IT IS SO ORDERED

Judge Edward M. Chen

_____
M. Chen
DISTRICT COURT