1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
3 | TARA M. STEELEY, State Bar #231775
Deputy City Attorney
4 | City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
5 | San Francisco, California 94102-4602
Telephone:     (415) 554-4655
6 | Facsimile:     (415) 554-4699
E-Mail:        tara.steeley@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND SAN FRANCISCO POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCH HIGHTOWER, OXANE "GYPSY" TAUB, GEORGE DAVIS, RUSSELL MILLS, RUSSELL "TREY" ALLEN and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT,<br><br>Defendants. | Case No. C 12-5841-EMC (NJV)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |

STIPULATION AND [PROPOSED] ORDER CONTINUING THE STATUS CONFERENCE

Plaintiffs Oxane "Gypsy" Taub and George Davis, and Defendants the City and County of San Francisco and the San Francisco Police Department, through their respective counsel of record, hereby stipulate as follows:

1. Pursuant to the Clerk's Notice dated December 16, 2014, a Status Conference is currently set for January 22, 2015 [Dkt No. 103].

2. Pursuant to the same Clerk's Notice, the parties are required to file a Status Report for that January 22, 2015 Status Conference on or before January 15, 2015.

3. On or about January 6, 2015, Defendants' lead counsel, Tara Steeley, suffered an unexpected death in her family, requiring her to be out of the office and out of state to attend to family. Ms. Steeley will not return to the state and to work until after January 15, 2015.

4. In light of the foregoing, Defendants have requested, and Plaintiffs have agreed, subject to the agreement of the Court, to continue the Status Conference to February 12, 2015, with the Status Report due on February 5, 2015.

**SO STIPULATED:**

Dated:  January 9, 2015                    DENNIS J. HERRERA
                                            City Attorney
                                            WAYNE SNODGRASS
                                            TARA M. STEELEY
                                            Deputy City Attorneys

                                        By: /s/Wayne Snodgrass
                                            WAYNE SNODGRASS

                                            Attorneys for Defendants
                                            CITY AND COUNTY OF SAN FRANCISCO and SAN FRANCISCO POLICE DEPARTMENT

Dated: January 9, 2015                D. GILL SPERLEIN, ESQ.
                                      The Law Office Of D. Gill Sperlein


                                      By: /s/** *D. Gill Sperlein, Esq.*
                                           D. GILL SPERLEIN, ESQ.

                                      Attorney for Plaintiffs
                                      OXANE "GYPSY" TAUB and GEORGE DAVIS

**pursuant to GO 45, the electronic signatory has obtained approval from this signatory.

# [PROPOSED] ORDER

Pursuant to the foregoing stipulation, the Status Conference is continued as follows:

1. The Status Conference currently set for January 22, 2015 is continued to February 12, 2015.

2. The Status Report shall be filed on or before February 5, 2015.

**IT IS SO ORDERED**:

Dated: 1/9/15

_____
The Honorable Edward M. Chen
UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION/PROPOSED ORDER           2            n:\govern\li2012\130496\00809456.doc
CASE NO. C 12-5841-EMC