1   D. GILL SPERLEIN, SBN 172887
2   THE LAW OFFICE OF D. GILL SPERLEIN
    345 Grove Street
3   San Francisco, CA 94114
    Telephone: (415) 404-6615
4   Facsimile:  (415) 404-6616
    gill@sperleinlaw.com
5

6   LAWRENCE G. WALTERS, FL SBN 776599 (*pro hac vice*)
    WALTERS LAW GROUP
7   195 West Pine Ave.
    Longwood, FL  32750
8   Telephone: (407) 975-9105
    larry@firstamendment.com
9

10  Attorneys for Plaintiffs
    OXANE "GYPSY" TAUB and GEORGE DAVIS

11

12              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
13              SAN FRANCISCO DIVISION

14  OXANE "GYPSY" TAUB and GEORGE    )   Case № 3:12-cv-05841-EMC (NJV)
    DAVIS,                           )
15                                   )   NOTICE OF PARTIAL SETTLEMENT;
              Plaintiffs,            )   STIPULATED REQUEST TO STAY
16        v.                         )   PROCEEDINGS; AND [PROPOSED]
                                     )   ORDER
17  CITY and COUNTY of SAN           )
    FRANCISCO and the SAN            )
18  FRANCISCO POLICE DEPARTMENT      )
              Defendants             )
19  _____ )

20

21        **WHEREAS** the Parties have entered a Partial Settlement which fully settles the one

22  remaining cause of action but preserves the Plaintiffs' right to appeal causes of action that the Court

23  dismissed on December 24, 2014, including the Court's conclusion that Plaintiffs cannot obtain

24  injunctive relief; and

25        **WHEREAS** the Parties are in the process of drafting and executing formal settlement

26  documents;

27

28                                   -1-

WALTERS LAW GROUP
195 WEST PINE AVENUE, LONGWOOD, FL  32750
407-975-9150

THE LAW OFFICE OF D. GILL SPERLEIN
345GROVE STREET, SAN FRANCISCO, CA 94102
415-404-6615

The Parties do thereby **STIPULATE and AGREE** to stay all aspects of the proceedings while they finalize settlement documents and hereby request that the Court enter the following Order.

**IT IS SO STIPULATED AND AGREED**

Dated:  *March 27, 2015*          Respectfully submitted,

                              */s/ D. Gill Sperlein*
                              _____
                              D. GILL SPERLEIN
                              THE LAW OFFICE OF D. GILL SPERLEIN

                              LAWRENCE G. WALTERS, *pro hac vice*
                              WALTERS LAW GROUP

                              Attorney for Plaintiffs
                              Oxane "Gypsy" Taub and George Davis

Dated: <u>March 27, 2015</u>          DENNIS J. HERRERA
                              City Attorney

                              By:  /s/ Tara M. Steeley*_____
                                  TARA M. STEELEY

                              Attorneys for Defendants
                              CITY AND COUNTY OF SAN FRANCISCO,
                              SAN FRANCISCO POLICE DEPARTMENT

*pursuant to GO 45, the electronic signatory has obtained approval from this signatory.

WALTERS LAW GROUP
195 WEST PINE AVENUE, LONGWOOD, FL  32750
407-975-9150

THE LAW OFFICE OF D. GILL SPERLEIN
345GROVE STREET, SAN FRANCISCO, CA 94102
415-404-6615

**[~~PROPOSED~~] ORDER**

The proceedings are hereby stayed for 60 days in order for the Parties to prepare and execute settlement documents.  All currently set dates and deadlines are vacated.

A status conference is scheduled for May ___28___, 2015, at __10:30__ am/~~pm~~ at which the parties shall report on the status of formal settlement documentation.   The status conference is subject to cancellation if formal settlement documentation, and a stipulated final order is submitted beforehand.

It is **SO ORDERED**

Dated: ___5/6/15_____



IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

_____
DISTRICT JUDGE EDWARD M. CHEN

WALTERS LAW GROUP
195 WEST PINE AVENUE, LONGWOOD, FL  32750
407-975-9150

THE LAW OFFICE OF D. GILL SPERLEIN
345 GROVE STREET, SAN FRANCISCO, CA 94102
415-404-6615

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28