D. GILL SPERLEIN, State Bar # 172887
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, CA 94114
Telephone:    (415) 404-6615
Facsimile:    (415) 404-6616
Email:        gill@sperleinlaw.com

Attorneys for Plaintiffs
OXANE "GYPSY" TAUB AND GEORGE DAVIS

DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
TARA M. STEELEY, State Bar #231775
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone:    (415) 554-4655
Facsimile:    (415) 554-4699
Email:        tara.steeley@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND SAN FRANCISCO POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OXANE "GYPSY" TAUB AND GEORGE DAVIS,<br><br>     Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT,<br><br>     Defendants. | Case No. C 12-5841-EMC (NJV)<br><br>**JOINT STATUS REPORT**<br><br>Hearing Date:   May 28, 2015<br>Time:           10:30 a.m.<br>Place:          Hon. Edward M. Chen<br>                450 Golden Gate Avenue<br>                17th Floor, Ct Room 5<br><br>Trial Date:     September 8, 2015 |

Plaintiffs OXANE "GYPSY" TAUB and GEORGE DAVIS ("Plaintiffs") and Defendants CITY AND COUNTY OF SAN FRANCISCO and SAN FRANCISCO POLICE DEPARTMENT ("Defendants") hereby submit the following Updated Joint Status Report in the above-referenced case.

## SETTLEMENT UPDATE

As the Court is aware, the Parties have entered a Partial Settlement which fully settles the one remaining cause of action but preserves the Plaintiffs' right to appeal causes of action that the Court dismissed on December 24, 2014, including the Court's conclusion that Plaintiffs cannot obtain injunctive relief.  The settlement agreement and release is final, and the City expects to pay the settlement amount to Plaintiffs' counsel by June 2, 2015.  Pursuant to the terms of the settlement agreement, Plaintiffs will, within five (5) days of receiving the settlement amount, file a Stipulated Dismissal of Remaining Claim and a Stipulated Request to Enter Final Judgment.

While the parties would be happy to appear before the Court at the scheduleed status conference on May 28, 2015, neither parties believe that a status conference is necessary at this time. The parties request that the Court continue the status conference until July 9, 2015, with the expectation that the status conference will be vacated if final judgment is entered before that time.

Dated:  May 21, 2015

DENNIS J. HERRERA
City Attorney
WAYNE SNODGRASS
TARA M. STEELEY
Deputy City Attorneys

By: /s/Tara M. Steeley
TARA M. STEELEY

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO POLICE DEPARTMENT

Dated:  May 21, 2015    By:  **/s/D. Gill Sperlein
D. GILL SPERLEIN
THE LAW OFFICE OF D. GILL SPERLEIN
LAWRENCE G. WALTERS
WALTERS LAW GROUP
Attorney for Plaintiffs
OXANE TAUB AND GEORGE DAVIS

**pursuant to GO 45, the electronic signatory has obtained approval from this signatory.

IT IS SO ORDERED that the status conference is reset for 7/16/15 at 10:30 a.m. An updated joint status report shall be filed by 7/9/15.

_____
Edward M. Chen
U.S. District Judge