D. GILL SPERLEIN, SBN 172887
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, CA 94102
Telephone: (415) 404-6615
Facsimile:  (415) 404-6616
gill@sperleinlaw.com

LAWRENCE G. WALTERS, FL SBN 776599 (*pro hac vice*)
WALTERS LAW GROUP
195 West Pine Ave.
Longwood, FL  32750
Telephone: (407) 975-9105
larry@firstamendment.com

Attorneys for Plaintiffs
OXANE "GYPSY" TAUB and GEORGE DAVIS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| OXANE "GYPSY" TAUB and GEORGE DAVIS,<br>　　　　Plaintiffs,<br>　v.<br>CITY and COUNTY of SAN FRANCISCO and the SAN FRANCISCO POLICE DEPARTMENT<br>　　　　Defendants | Case № 3:12-cv-05841-EMC (NJV)<br><br>**STIPULATED DISMISSAL OF PLAINTIFFS' CLAIM FOR UNCONSTITUTIONAL VIEWPOINT DISCRIMINATION and [PROPOSED] ORDER** |

**WHEREAS,** the Court previously entered an Order granting Defendants' Motion to Dismiss Plaintiffs' claims against the City and County of San Francisco and the San Francisco Police Department for Restriction of Core Political Speech, Prior Restraint, Compelled Speech, Vagueness, and Claim for Injunctive Relief/Declaratory Judgment (Dkt. No. 104);

-1-
STIPULATED DISMISSAL OF PLAINTIFFS' CLAIM  FOR UNCONSTITUTIONAL
VIEWPOINT DISCRIMINATION AND [PROPOSED] ORDER
3:12-cv-05841-EMC (NJV)

**WHEREAS,** the Plaintiffs previously withdrew their claim against the City and County of San Francisco and the San Francisco Police Department based on the right to petition;

**WHEREAS,** Plaintiffs only remaining claim against the City and County of San Francisco and the San Francisco Police Department is a claim for unconstitutional viewpoint discrimination;

**WHEREAS** the Parties have reached a Settlement Agreement settling Plaintiffs' claim against the City and County of San Francisco and the San Francisco Police Department for unconstitutional viewpoint discrimination, and reserving the right to appeal to the Ninth Circuit Court of Appeals the causes of action the Court dismissed on December 24, 2014, including the Court's conclusion that Plaintiffs cannot obtain injunctive relief;

**WHEREAS**, under the Settlement Agreement, the Parties Stipulate to the Dismissal of Plaintiffs' claim against the City and County of San Francisco and the San Francisco Police Department for unconstitutional viewpoint discrimination;

**THEREFORE**, the Parties do thereby **STIPULATE and AGREE** that the Court enter an Order of Stipulated Voluntary Dismissal with prejudice of Plaintiffs' claim for unconstitutional viewpoint discrimination.

**IT IS SO STIPULATED AND AGREED.**

Dated: 6/15/2015   By: /s/ D. Gill Sperlein
　　　　　　　　　　　D. GILL SPERLEIN
　　　　　　　　　　　THE LAW OFFICE OF D. GILL SPERLEIN

　　　　　　　　　　　LAWRENCE G. WALTERS, *pro hac vice*
　　　　　　　　　　　WALTERS LAW GROUP

　　　　　　　　　　　Attorney for Plaintiffs
　　　　　　　　　　　Oxane "Gypsy" Taub and George Davis

Dated: 6/15/2015

DENNIS J. HERRERA
City Attorney

By: /s/ Tara M. Steeley
     TARA M. STEELEY

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO POLICE DEPARTMENT

**IT IS SO ORDERED**

Dated: 6/22/15

U.S. DISTRICT JUDGE EDWARD M. CHEN



-4-
STIPULATED DISMISSAL OF PLAINTIFFS' CLAIM FOR UNCONSTITUTIONAL
VIEWPOINT DISCRIMINATION AND [PROPOSED] ORDER
3:12-cv-05841-EMC (NJV)