D. GILL SPERLEIN, SBN 172887
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, CA 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

LAWRENCE G. WALTERS, FL SBN 776599 (*pro hac vice*)
WALTERS LAW GROUP
195 West Pine Ave.
Longwood, FL 32750
Telephone: (407) 975-9105
larry@firstamendment.com

Attorneys for Plaintiffs
OXANE "GYPSY" TAUB and GEORGE DAVIS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| OXANE "GYPSY" TAUB and GEORGE DAVIS,<br><br>Plaintiffs,<br>v.<br><br>CITY and COUNTY of SAN FRANCISCO and the SAN FRANCISCO POLICE DEPARTMENT<br>Defendants | Case № 3:12-cv-05841-EMC (NJV)<br><br>**STIPULATED REQUEST TO ENTER FINAL ORDER** |

**WHEREAS,** the Court previously Granted Defendants' Motion to Dismiss Plaintiffs' original Complaint and denied Plaintiffs' Motion for Preliminary Injunction based on that Complaint, [January 29, 2013, Dkt. No. 26], and Granted Defendants' Motion to dismiss Plaintiffs' claims against the City and County of San Francisco and the San Francisco Police Department for Restriction of Core Political Speech, Prior Restraint, Compelled Speech, Vagueness, and Claim for

-1-

Injunctive Relief/Declaratory Judgment pled in Plaintiffs' Second Amended Complaint on December 24, 2014. (Dkt. No. 104);

**WHEREAS,** the Plaintiffs previously withdrew their claim against the City and County of San Francisco and the San Francisco Police Department based on the right to petition;

**WHEREAS,** Plaintiffs only remaining claim against the City and County of San Francisco and the San Francisco Police Department is a claim for unconstitutional viewpoint discrimination;

**WHEREAS,** the Parties have reached a Settlement Agreement settling Plaintiffs' claim against the City and County of San Francisco and the San Francisco Police Department for unconstitutional viewpoint discrimination;

**WHEREAS**, under the Settlement Agreement, the Parties stipulated to the entry of a Final Order disposing of this case, and reserving the rights of Plaintiffs to appeal to the Ninth Circuit Court of Appeals the causes of action the Court dismissed on December 24, 2014, including the Court's conclusion that Plaintiffs cannot obtain injunctive relief;

**THEREFORE, t**he Parties do thereby **STIPULATE and AGREE** that the Court enter a final, appealable order in the form attached hereto as Exhibit 1.

**IT IS SO STIPULATED AND AGREED.**

Dated: 6/15/2015

By: /s/ D. Gill Sperlein
D. GILL SPERLEIN
THE LAW OFFICE OF D. GILL SPERLEIN

LAWRENCE G. WALTERS, *pro hac vice*
WALTERS LAW GROUP

Attorney for Plaintiffs
Oxane "Gypsy" Taub and George Davis

Dated: 6/15/2015

DENNIS J. HERRERA
City Attorney

By: /s/ Tara M. Steeley
      TARA M. STEELEY

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO POLICE DEPARTMENT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

|  |  |
|---|---|
| OXANE "GYPSY" TAUB and GEORGE DAVIS,<br><br>　　　　Plaintiffs,<br>　v.<br><br>CITY and COUNTY of SAN FRANCISCO and the SAN FRANCISCO POLICE DEPARTMENT<br>　　　　Defendants | Case № 3:12-cv-05841-EMC (NJV)<br><br>STIPULATED [PROPOSED] FINAL ORDER |

　　　The Court has reviewed the Stipulated Request to Enter Final Order disposing of this case. It appearing to the satisfaction of the Court that the Parties have settled and dismissed the sole remaining claim for unconstitutional viewpoint discrimination, and have further stipulated that Plaintiffs be permitted to appeal the prior adverse rulings by this Court, it is hereby

　　　ORDERED and ADJUDGED that final judgment be rendered in favor of Defendants and against Plaintiffs. The clerk is directed to close the case file.

**IT IS SO ORDERED**

Dated: ____6/22/15____　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Edward M. Chen

*IT IS SO ORDERED — Judge Edward M. Chen*

Copies to: Counsel of Record